**Order issued February 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

―――――――――――――――――

**No. 05-12-00740-CV**

―――――――――――――――――

**ROSALYN P. COLEMANN, Appellant**

**V.**

**PATRICK CALVANO, OAK PARK EQUITIES, L.P., ET AL., Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-06496-D**

# O R D E R

By letter dated July 30, 2012, this Court notified Court Reporter David Roy that the reporter's record in this case was overdue and directed him to file the reporter's record within thirty days of the notice. On August 13, 2012, Mr. Roy copied the Court with a letter he sent to appellant regarding the reporter's record. In the letter, Mr. Roy notified appellant the reporter's record had not yet been produced and referred appellant to section 52.047 of the Texas Government Code. To date, the reporter's record has not been filed. Accordingly, we **ORDER** Court Reporter David Roy to, within **THIRTY DAYS** of the date of this order, file either the reporter's record, written verification that no hearings were recorded, or written verification that appellant has not requested or paid for the record.

/s/Carolyn Wright/
CHIEF JUSTICE